B1 (Official Form 1)(12/11)

# United States Bankruptcy Court
## District of Kansas

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Ajax International Group LLC dba Taco Tico** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) **27-5242073** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **13901 E. Gilbert** **Wichita, KS** ZIP Code **67230** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Sedgwick** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Chapter 11 Debtors**

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Ajax International Group LLC dba Taco Tico |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br> Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Ajax International Group LLC dba Taco Tico** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ William H. Zimmerman, Jr.**
Signature of Attorney for Debtor(s)

**William H. Zimmerman, Jr. 10284**
Printed Name of Attorney for Debtor(s)

**Case, Moses, Zimmerman & Martin, P.A.**
Firm Name

**200 West Douglas**
**Suite 900**
**Wichita, KS 67202**

Address

**Email: cmzmbrnotices@gmail.com**
**67202  Fax: 316-265-8263**
Telephone Number

**March  7, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Mahmood Karim**
Signature of Authorized Individual

**Mahmood Karim**
Printed Name of Authorized Individual

**CEO**
Title of Authorized Individual

**March  7, 2013**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## District of Kansas

In re    **Ajax International Group LLC dba Taco Tico**      Case No.
                                                           Debtor(s)      Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Arkansas Department of Revenue**<br>**Revenue Legal Counsel**<br>**Department of Finance & Admin.**<br>**PO Box 1272, Room 2380**<br>**Little Rock, AR 72203** | **Arkansas Department of Revenue**<br>**Revenue Legal Counsel**<br>**Department of Finance & Admin.**<br>**Little Rock, AR 72203** | **Sales taxes** | | 130,000.00 |
| **Clear Channel**<br>**9223 E. 37th N**<br>**Wichita, KS 67226** | **Clear Channel**<br>**9223 E. 37th N**<br>**Wichita, KS 67226** | | | 4,000.00 |
| **CSS Graphics**<br>**410 N St. Francis**<br>**Wichita, KS 67202** | **CSS Graphics**<br>**410 N St. Francis**<br>**Wichita, KS 67202** | | | 11,000.00 |
| **Farha Heating and Cooling**<br>**613 W. Texas**<br>**Wichita, KS 67213** | **Farha Heating and Cooling**<br>**613 W. Texas**<br>**Wichita, KS 67213** | | | 15,000.00 |
| **Free Style Sign**<br>**925 N. Broadway**<br>**Wichita, KS 67214** | **Free Style Sign**<br>**925 N. Broadway**<br>**Wichita, KS 67214** | **Sign for store on S. Seneca** | | 2,200.00 |
| **Freidman Unrein and Forbes**<br>**555 S. Kansas Avenue**<br>**Suite 303**<br>**Topeka, KS 66603** | **Freidman Unrein and Forbes**<br>**555 S. Kansas Avenue**<br>**Suite 303**<br>**Topeka, KS 66603** | | | 22,000.00 |
| **Hess Oil**<br>**PO Box 1009**<br>**McPherson, KS 67460** | **Hess Oil**<br>**PO Box 1009**<br>**McPherson, KS 67460** | **Judgment for unpaid rent at 2100 E. Kansas Ave, McPherson, KS** | | 67,000.00 |
| **Internal Revenue Service**<br>**STOP 5333 WIC**<br>**271 W. Thrid Street North**<br>**Suite 3000**<br>**Wichita, KS 67202** | **Internal Revenue Service**<br>**STOP 5333 WIC**<br>**271 W. Thrid Street North**<br>**Wichita, KS 67202** | | | 180,000.00 |
| **Kansas Department Of Revenue**<br>**Compliance Enforcement**<br>**915 SW Harrison Street**<br>**Topeka, KS 66625-2007** | **Kansas Department Of Revenue**<br>**Compliance Enforcement**<br>**915 SW Harrison Street**<br>**Topeka, KS 66625-2007** | | | 475,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **Ajax International Group LLC dba Taco Tico** ,    Case No.

                                Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Kevin Raven**<br>18805 W 9th Terrace<br>Lenexa, KS 66220 | **Kevin Raven**<br>18805 W 9th Terrace<br>Lenexa, KS 66220 | **Lease at 2506 N. Summit, Arkansas City, KS** | | 14,000.00 |
| **KWLS Radio**<br>6600 W. Kellogg Drive Ste 101<br>Wichita, KS 67209 | **KWLS Radio**<br>6600 W. Kellogg Drive Ste 101<br>Wichita, KS 67209 | | | 5,020.00 |
| **Merkel LLC**<br>360 S. Wagon Wheel Lane<br>Wichita, KS 67209 | **Merkel LLC**<br>360 S. Wagon Wheel Lane<br>Wichita, KS 67209 | **Lease at 2051 S. Seneca, Wichita** | | 18,000.00 |
| **Nuco2**<br>PO Box 9011<br>Boynton Beach, FL 33436 | **Nuco2**<br>PO Box 9011<br>Boynton Beach, FL 33436 | | | 6,300.00 |
| **Pepsi Bottling Co.**<br>101 W. 48th Street S<br>Wichita, KS 67217 | **Pepsi Bottling Co.**<br>101 W. 48th Street S<br>Wichita, KS 67217 | | | 30,000.00 |
| **Performance Food Group, Inc**<br>12650 East Arapahoe Road<br>Englewood, CO 80112 | **Performance Food Group, Inc**<br>12650 East Arapahoe Road<br>Englewood, CO 80112 | product | Contingent<br>Unliquidated<br>Disputed | 300,000.00 |
| **Pitney Bowes**<br>21210 Erwin Street<br>Woodland Hills, CA 91367 | **Pitney Bowes**<br>21210 Erwin Street<br>Woodland Hills, CA 91367 | | | 6,411.14 |
| **Service Expert**<br>2711 W 4th Street<br>Garden Plain, KS 67050 | **Service Expert**<br>2711 W 4th Street<br>Garden Plain, KS 67050 | | | 4,000.00 |
| **Sysco Arkansas**<br>5700 W. 65th<br>Little Rock, AR 72209 | **Sysco Arkansas**<br>5700 W. 65th<br>Little Rock, AR 72209 | | | 34,000.00 |
| **Sysco Kansas**<br>1915 Kansas City Road<br>Olathe, KS 66061 | **Sysco Kansas**<br>1915 Kansas City Road<br>Olathe, KS 66061 | | | 89,000.00 |
| **Yellowstone Financial**<br>160 Pearl Street<br>New York, NY 10005 | **Yellowstone Financial**<br>160 Pearl Street<br>New York, NY 10005 | **Secured to credit card processing service account** | | 230,000.00<br><br>(0.00 secured) |

B4 (Official Form 4) (12/07) - Cont.

In re **Ajax International Group LLC dba Taco Tico**     Case No. _____
               Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **March 7, 2013**        Signature **/s/ Mahmood Karim**
                                                          **Mahmood Karim**
                                                          **CEO**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

Ansley Investment
1301 Partridge Place North
Boynton Beach FL 33436


Arkansas Department of Revenue
Revenue Legal Counsel
Department of Finance & Admin.
PO Box 1272, Room 2380
Little Rock AR 72203


Arkansas Radio Station



Caine & Weiner
PO Box 5010
Woodland Hills CA 91365


Calvin Rider, Attorney
Fleeson, Gooing, Coulson & Fit
1900 Epic Center
301 N. Main
Wichita KS 67202


Clear Channel
9223 E. 37th N
Wichita KS 67226


CSS Graphics
410 N St. Francis
Wichita KS 67202


Desiray Robinson
c/o Thompson Law Firm, LLC
Occidental Plaza
106 E. 2nd Street
Wichita KS 67202


Edward Wong
650 N. Doreen Street
Wichita KS 67206


Farha Heating and Cooling
613 W. Texas
Wichita KS 67213

Free Style Sign
925 N. Broadway
Wichita KS 67214


Freidman Unrein and Forbes
555 S. Kansas Avenue
Suite 303
Topeka KS 66603


Gun Ho, Inc.
630 E. 47th Street S
Wichita KS 67216


Gung Ho, Inc.
727 N. Doreen
Wichita KS 67206


Hess Oil
PO Box 1009
McPherson KS 67460


Hillsdale Shopping Center
PO Box 4816
Topeka KS 66604


Internal Revenue Service
STOP 5333 WIC
271 W. Thrid Street North
Suite 3000
Wichita KS 67202


Internal Revenue Service
Centralized Insolvency Oper.
PO Box 7346
Philadelphia PA 19101-7346


James Murphy
PO Box 1470
Texarkana TX 75504


Jeffrey A. Houston, Attorney
Wise & Reber, LC
120 W. Kansas Avenue, Ste. B
McPherson KS 67460

Joseph B. Miller
Frost Brown Todd, LLC
400 W. Market Street, 32nd Flr
Louisville KY 40202-3363


Kansas Department Of Revenue
Compliance Enforcement
915 SW Harrison Street
Topeka KS 66625-2007


Kansas Department of Revenue
Civil Tax Enforcement
PO Box 12005
Topeka KS 66601-3005


Kansas Human Rights Commision
Landon State Office Building
900 SW Jackson St, Ste 568 S
Topeka KS 66612-1258


Kevin Raven
18805 W 9th Terrace
Lenexa KS 66220


KWLS Radio
6600 W. Kellogg Drive Ste 101
Wichita KS 67209


Lewis Street
743 S. Market
Wichita KS 67211


McNamara Trust
TJM Real Estate LLC
PO Box 1827
Atascadero CA 93423


Merkel LLC
360 S. Wagon Wheel Lane
Wichita KS 67209


Midland Mediation & Settlement
712 S. Kansas Ave, Ste 400
Topeka KS 66603

```
Nuco2
PO Box 9011
Boynton Beach FL 33436


Pepsi Bottling Co.
101 W. 48th Street S
Wichita KS 67217


Performance Food Group, Inc
12650 East Arapahoe Road
Englewood CO 80112


Pitney Bowes
21210 Erwin Street
Woodland Hills CA 91367


Robert A. Hammeke
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City MO 64112


Service Expert
2711 W 4th Street
Garden Plain KS 67050


Sysco Arkansas
5700 W. 65th
Little Rock AR 72209


Sysco Kansas
1915 Kansas City Road
Olathe KS 66061


Tatro Plumbing
1285 Acraway, Suite 300
Garden City KS 67846


United States Attorney
1200 Epic Center
301 N. Main
Wichita KS 67202


Wong Enterprises, Inc
6636 E. Murdock
Wichita KS 67206
```

```
            Yellowstone Financial
            160 Pearl Street
            New York NY 10005
```

# United States Bankruptcy Court
## District of Kansas

In re **Ajax International Group LLC dba Taco Tico**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **March 7, 2013**

**/s/ Mahmood Karim**
**Mahmood Karim**/**CEO**
Signer/Title