# ACTION BY MEMBERS
# OF AJAX INTERNATIONAL GROUP, LLC
# dba TACO TICO

A Limited Liability Corporation formed Under the Laws of the State of Kansas

## THROUGH UNANIMOUS CONSENT

The undersigned, being the Sole Member of Ajax International Group, LLC dba Taco Tico, A Limited Liability Company formed under the laws of the State of Kansas, does hereby unanimously agree and consent to the following resolution:

Mahmood Karim is hereby authorized to act on behalf of the LLC for purpose of retaining the law firm of Case, Moses, Zimmerman & Martin, P.A. for the purpose of filing bankruptcy protection in the City of Wichita in the State of Kansas. And to provide any and all other signatures and to perform any such duty that may be required to complete said bankruptcy as needed by the Federal Bankruptcy Courts.

No further action was taken on this date.

Dated: March 7, 2013.

_____
Mahmood Karim
Sole Member
Ajax International Group, LLC
dba Taco Tico