# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: ) | |
| ) | |
| AJAX INTERNATIONAL GROUP, LLC ) | Case No. 13-10450 |
| d/b/a TACO TICO, ) | |
|     Debtor-in- Possession. ) | Chapter 11 |
| ) | |

## DEBTOR-IN-POSSESSION'S MOTION FOR ADEQUATE PROTECTION
## IN FAVOR OF KANSAS DEPARTMENT OF REVENUE

COMES NOW, debtor-in-possession Ajax International Group, LLC ("Ajax" or "Debtor"), by and through its attorney, William H. Zimmerman, Jr. of Case, Moses, Zimmerman & Martin, P.A., and pursuant to 11 U.S.C. §363 and 11 U.S.C. §361, requests that the Court approve the following as adequate protection to the Kansas Department of Revenue ("KDOR") . In support of the motion, Debtor states as follows:

1. Ajax filed for Chapter 11 relief on March 8, 2013. No committee has been appointed.

2. Debtor owns the Taco Tico franchise and operates several Taco Tico restaurants in Kansas, in particular, several in and around the Wichita area.

3. The Kansas Department of Revenue claims that debtor owes approximately $434,000.00 in sales taxes and has filed tax liens on all of debtor's assets. As a result the KDOR seized the assets of debtor on or about March 5, 2013. Debtor disputes the nature, extent and value of these liens.

4. Debtor proposes, after consulting with KDOR, the following as a means of adequately protecting the lien interest claimed by KDOR and to insure timely payment of post-petition sales taxes:

    a.    Deposit $5,000.00 into a designated account to be deposited no later than 2:00 p.m.

each Monday, or Tuesday in the event of holiday Mondays, until such time as the Court orders otherwise or the case is dismissed.

b. Provide a summary of sales for the prior week to the Kansas Department of Revenue via fax or email by 5:00 p.m. each Monday.

c. Timely file the regular monthly reports for sales taxes and remit payment of sales taxes for the month from the tax account identified above.

5. If said payment is not deposited or such summary delivered to the Kansas Department of Revenue by the close of business Monday, debtor shall have three (3) days to cure.

6. If Debtor defaults on the obligation set forth above, the KDOR shall be entitled to take such action as it deems appropriate as such default shall terminate the automatic stay.

WHEREFORE, Debtor respectfully requests that the Court order the payments and terms above as a means of adequately protecting the liens claimed by the Kansas Department of Revenue, and as a means to insure that post-petition sales taxes are paid.

CASE, MOSES, ZIMMERMAN & MARTIN, P.A.

/s/ William H. Zimmerman, Jr.
William H. Zimmerman, Jr.,#10284
zim@cmzwlaw.com
200 W. Douglas, Suite 900
Wichita, Kansas 67202
(316) 303-0100 / (316) 265-8263 fax
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS
In Re:   AJAX INTERNATIONAL GROUP, LLC d/b/a TACO TICO,
         Case No. 13-10450, Chapter 11
DEBTOR-IN-POSSESSION'S MOTION FOR ADEQUATE PROTECTION IN FAVOR OF KANSAS DEPARTMENT OF REVENUE - Page 3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of March, 2013, a true and correct copy of the above Motion for Adequate Protection was filed electronically with the U.S. Bankruptcy Court for the District of Kansas using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

/s/ William H. Zimmerman, Jr.
William H. Zimmerman, Jr.