**Form ocvp**  (Revised 07/24/2012)

United States Bankruptcy Court – District of Kansas
167 US Courthouse
401 North Market
Wichita, KS 67202

Case Number: 13−10450   Chapter: 11

In re:

Ajax International Group LLC dba Taco Tico
13901 E Gilbert
Wichita, KS 67230

EIN: 27−5242073

| Entered By The Court 3/11/13 | ORDER TO CORRECT VOLUNTARY PETITION IN BANKRUPTCY | **Filed By The Court** 3/11/13 Fred Jamison Clerk of Court US Bankruptcy Court |

The above−captioned voluntary petition in bankruptcy and/or accompanying documents are defective and/or missing. The following corrections/amendments must be made within fourteen (14) days of the entry of this order or the case will be dismissed without further notice.

**Missing/Defective Documents:**
**Ch 11 Form B−22B**
**Declaration re DB Sched**
**Eq. Sec. Hold. List**
**Schedule A**
**Schedule B**
**Schedule D**
**Schedule E**
**Schedule F**
**Schedule G**
**Schedule H**
**Stmt. of Fin. Affairs**
**Summary of Schedules**

**CORRECTIONS MUST BE SUBMITTED USING THE LATEST VERSION OF THE APPROPRIATE OFFICIAL FORM. FAILURE TO CORRECT WITHIN FOURTEEN (14) DAYS WILL RESULT IN DISMISSAL**

Please note that Official Forms are available on www.ksb.uscourts.gov.

Document 7

s/   Fred Jamison
Clerk, United States Bankruptcy Court