**SO ORDERED.**

**SIGNED this 11th day of March, 2013.**



*Dale L. Somers*
Dale L. Somers
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| AJAX INTERNATIONAL GROUP, LLC | ) | Case No. 13-10450 |
| d/b/a TACO TICO, | ) | |
|     Debtor-in- Possession. | ) | Chapter 11 |
| _____ | ) | |

**AGREED ORDER GRANTING MOTION FOR ADEQUATE PROTECTION
IN FAVOR OF KANSAS DEPARTMENT OF REVENUE**

    The Motion for Adequate Protection filed by the debtor-in-possession, Ajax International Group, LLC, comes before the Court. The debtor appears by and through its attorney, William H. Zimmerman, Jr. of Case, Moses, Zimmerman & Martin, P.A. The Kansas Department of Revenue appears by and through its attorney, Robert W. Challquist. There are no other appearances.

    WHEREUPON, after reviewing the file and being duly advised in the premises, THE COURT FINDS as follows:

1.    The Kansas Department of Revenue claims that debtor owes approximately $434,000.00 in sales taxes and has filed tax liens on all of debtor's assets. As a result the KDOR seized the

assets of debtor on or about March 5, 2013. Debtor disputes the nature, extent and value of these liens.

2. Debtor proposes, after consulting with KDOR, the following as a means of adequately protecting the lien interest claimed by KDOR and to insure timely payment of post-petition sales taxes:

   a. Deposit $5,000.00 into a designated account to be deposited no later than 2:00 p.m. each Monday, or Tuesday in the event of holiday Mondays, until such time as the Court orders otherwise or the case is dismissed.

   b. Provide a summary of sales for the prior week to the Kansas Department of Revenue via fax or email by 5:00 p.m. each Monday.

   c. Timely file the regular monthly reports for sales taxes and remit payment of sales taxes for the month from the tax account identified above.

3. If said payment is not deposited or such summary delivered to the Kansas Department of Revenue by the close of business Monday, debtor shall have three (3) days to cure.

4. If Debtor defaults on the obligation set forth above, the KDOR shall be entitled to take such action as it deems appropriate as such default shall terminate the automatic stay.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above and foregoing findings are made the order of this Court.

# # #

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF KANSAS
In Re: AJAX INTERNATIONAL GROUP, LLC d/b/a TACO TICO,
Case No. 13-10450, Chapter 11
AGREED ORDER GRANTING MOTION FOR ADEQUATE PROTECTION IN FAVOR OF KANSAS DEPARTMENT OF REVENUE- Page 3

SUBMITTED:

CASE, MOSES, ZIMMERMAN & MARTIN, P.A.

/s/ William H. Zimmerman, Jr.
William H. Zimmerman, Jr.,#10284
zim@cmzwlaw.com
200 W. Douglas, Suite 900
Wichita, Kansas 67202
(316) 303-0100 / (316) 265-8263 fax
Attorney for Debtor

APPROVED:

KANSAS DEPARTMENT OF REVENUE

/s/ Robert W. Challquist
Robert W. Challquist, #20837
robert.challquist@kdor.ks.gov
P. O. Box 12005
Topeka, KS 66612-2005
(785) 296-2381 / (866) 737-6885 fax