UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re:                                            )
                                                  )
AJAX INTERNATIONAL GROUP LLC                      ) Case No. 13-10450-11-DLS
  d/b/a TACO TICO                        )
                                                  )
        Debtor.  )
                                                  )

**UNITED STATES TRUSTEE'S NOTICE OF
APPOINTMENT OF CREDITORS' COMMITTEE**

    Notice is hereby given that the United States Trustee has, pursuant to 11 U.S.C. § 1102, appointed the following individuals as members of the official unsecured creditors' committee in the above-captioned case. The committee consists of the following three individuals who have indicated a willingness to serve as members of the committee:

Bradley W. Boe
Performance Food Group, Inc.
12650 E. Arapahoe Road
Centennial, CO 80112
tel: 303-662-7121
fax: 303-662-7540
bboe@pfgc.com

Kevin Raven
18805 W. 97th Terrace
Lenexa, KS 66220
tel: 913-620-6500
fax: 913-535-1434
kevinraven978@yahoo.com

Kara Quinn
Service Experts, Inc.
27311 W. 4th North
Garden Plain, KS 67050
tel: 316-722-8700
fax: 316-535-8700
serviceexperts@pixius.net

RICHARD A. WIELAND
United States Trustee


BY *s/ Joseph A. DiPietro*
JOSEPH A. DiPIETRO
Kan. Fed. Bar No. AR98004
301 North Main, Suite 1150
Wichita, Kansas 67202
316-269-6214
316-269-6182-FAX
Joseph.A.DiPietro@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2013, a true and correct copy of the United States Trustee's Notice of Appointment of Creditors' Committee was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

Further, I certify that copies of the United States Trustee's Notice of Appointment of Creditors' Committee were forwarded via U.S. Mail, first class, postage prepaid and properly addressed to the following:

Bradley W. Boe
Performance Food Group, Inc.
12650 E. Arapahoe Road
Centennial, CO 80112

Kevin Raven
18805 W. 97th Terrace
Lenexa, KS 66220

Kara Quinn
Service Experts, Inc.
27311 W. 4th North
Garden Plain, KS 67050

Susan G. Saidian
900 Olive Garvey Building
200 West Douglas
Wichita, KS 67202

William H. Zimmerman, Jr.
Case, Moses, Zimmerman & Martin, P.A.
900 Olive Garvey Building
200 West Douglas
Wichita, KS 67202


*s/ Joseph A. DiPietro*
JOSEPH A. DiPIETRO